**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-20010-TP-ALTONAGA**

**UNITED STATES OF AMERICA**,

Plaintiff,

v.

**SHAWN DARLING**,

Defendant.

________________________________/

**ORDER**

THIS CAUSE came before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation on Supervised Release Violation [ECF No. 26], entered on September 18, 2026. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 26]** is **AFFIRMED AND ADOPTED**. Defendant's restitution payment is set at $200 monthly. The Petition for Summons for Offender Under Supervision [ECF No. 7] is dismissed.

**DONE AND ORDERED** in Miami, Florida, this 8th day of October, 2026.

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record